UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

　　　　- v. -

DAJAHN MCBEAN,

　　　　Defendant.

- - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 04 2017

INDICTMENT

17 Cr.

17 CRIM 216

## COUNT ONE

### (Bank Fraud)

The Grand Jury charges:

1. In or about November 2016, in the Southern District of New York and elsewhere, DAJAHN MCBEAN, the defendant, willfully and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, MCBEAN deposited fraudulent checks into a bank account at Bank of America that did not belong to him and placed calls to Bank of America inquiring about the account and misrepresenting his identity.

(Title 18, United States Code, Sections 1344 and 2.)

**JUDGE SULLIVAN**

## COUNT TWO

### (Aggravated Identity Theft)

The Grand Jury further charges:

2. In or about November 2016, in the Southern District of New York and elsewhere, DAJAHN MCBEAN, the defendant, knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, MCBEAN possessed and used the names and personal information of others to obtain and attempt to obtain funds from bank accounts, in connection with the offense charged in Count One of this Indictment.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2.)

_____
FOREPERSON
4/4/2017

_____
JOON H. KIM
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**DAJAHN MCBEAN,**

Defendant.

---

**INDICTMENT**

17 Cr.

(18 U.S.C. §§ 1344 and 2.)

JOON H. KIM
Acting United States Attorney

*/signature/*
Foreperson

---

4/4/17 - Filed Indictment
ac    Case assigned to J Sullivan
         J Peak
         USMJ

3