

SULLIVAN | BRILL
ATTORNEYS AT LAW

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

November 15, 2019

**Via ECF**
Honorable Richard J. Sullivan
United States Circuit Judge for the Second Circuit
40 Foley Square
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/19

Re:   *United States of America v. DeJahn McBean*
      Ind. No.: 17 Cr. 216 (RJS)

Dear Judge Sullivan:

Mr. McBean is before Your Honor on charges that he violated his Supervised Release (VOSR). Since our last status update, we expected a White Plains court to schedule a conference to discuss case resolution. Unfortunately, due to a court-administrative error, a conference was not scheduled, and never held. However, I expect that a conference will occur in the next two weeks.

Therefore, after conferring with the government, we respectfully request that Your Honor set another control date for December 6, 2019 so that we can submit a joint letter advising the Court of the status of the case, and propose next steps for the VOSR matter. Mr. McBean remains in custody.

Thank you for your consideration.

Sincerely,

SULLIVAN & BRILL, LLP

By: Steven Brill

IT IS HEREBY ORDERED THAT the parties shall update the Court as to the status of the state proceeding no later than December 6, 2019.

SO ORDERED
Dated: 11/15/19
RICHARD J. SULLIVAN
U.S.D.J.