

December 12, 2019

**Via ECF**
Honorable Richard J. Sullivan
United States Circuit Judge for the Second Circuit
40 Foley Square
New York, New York 10007



Re: *United States of America v. DeJahn McBean*
Ind. No.: 17 Cr. 216 (RJS)

Dear Judge Sullivan:

Mr. McBean is before Your Honor on charges that he violated his Supervised Release (VOSR). Yesterday, I appeared for Mr. McBean in White Plains Supreme Court for a status conference. The Court adjourned the matter until Wednesday, December 18 for a possible disposition.

Therefore, after conferring with the government, we respectfully request that Your Honor set another control date for on or before December 19, 2019 so that we can submit a joint letter advising the Court of the status of the case, and propose next steps for the VOSR matter. Mr. McBean remains in custody.

Thank you for your consideration.

Sincerely,

SULLIVAN & BRILL, LLP

By: Steven Brill

IT IS HEREBY ORDERED THAT defense counsel shall update the Court as to the status of the state court proceeding no later than December 19, 2019.

SO ORDERED
Dated: 12/12/19
RICHARD J. SULLIVAN
U.S.D.J.