

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

January 11, 2020

**Via ECF**
Honorable Richard J. Sullivan
United States Circuit Judge for the Second Circuit
40 Foley Square
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/20

Re:   *United States of America v. DeJahn McBean*
      Ind. No.: 17 Cr. 216 (RJS)

Dear Judge Sullivan:

Mr. McBean is before Your Honor on charges that he violated his Supervised Release (VOSR). On January 8, 2020, in West Chester Supreme Court, Mr. McBean pled guilty to Attempted Assault in the Second Degree (PL § 110/120.05(6)). The negotiated and promised sentence is 1 1/2-3 years imprisonment. The Court adjourned the matter until February 26, 2020 for sentencing.

Therefore, I would respectfully suggest that the Court schedule a control date, thereafter, for the parties to appear and advise the Court of the way in which Mr. McBean chooses to move forward on the pending VOSR. I have been unable to connect with Ms. Espinosa because she is traveling for work. Mr. McBean remains in custody.

Thank you for your continued consideration.

Sincerely,

SULLIVAN & BRILL, LLP

By: Steven Brill

IT IS HEREBY ORDERED THAT defense counsel shall update the Court on February 26, 2020, after Supervisee's sentencing in state court, at which time the Court will schedule a conference in this matter.

SO ORDERED
Dated: 1/13/20
RICHARD J. SULLIVAN
U.S.D.J.