

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2020

**By ECF**
Honorable Richard J. Sullivan
United States Circuit Court Judge
Second Circuit
40 Foley Square
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2020

Re: *United States v. Dajahn McBean*, 17 Cr. 216 (RJS)

Dear Judge Sullivan:

The Government writes to respectfully request an adjournment of the conference currently scheduled for March 18, 2020, at 10:00 a.m. The Government anticipates bringing additional criminal charges against the defendant that will likely result in additional specifications of violations of supervised release. The Government anticipates that those charges will be filed by the end of March 2020. An adjournment until after the new charges are filed will allow the defendant to evaluate any new specifications before the parties reach a resolution on the pending specifications. The parties and Probation have conferred and are available anytime on April 17, 2020. In the event that that date is not convenient for the Court, the parties can confer and propose alternative dates.

In the event that the COVID-19 virus prevents the Government from proceeding on the schedule described above, the Government will promptly update defense counsel, Probation, and the Court.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/ _____
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216

IT IS HEREBY ORDERED THAT the conference scheduled for March 18, 2020 shall be re-scheduled to April 17, 2020 at 2:00 p.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.
Dated: 3/16/20
RICHARD J. SULLIVAN
U.S.D.J.