UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

DAJAHN MCBEAN,

            Supervisee.

No. 17-cr-216 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a request from the government to adjourn the status conference previously scheduled for April 17, 2020 at 2:00 p.m.  In light of the fact that the parties have conferred and agree to an adjournment, IT IS HEREBY ORDERED THAT the conference is re-scheduled to June 12, 2020 at 10:00 a.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  IT IS FURTHER ORDERED THAT the government shall submit an update to the Court no later than May 12, 2020 apprising the Court of the status of the potential criminal charges it anticipated in its letter of March 16, 2020 (Doc. No. 61), as well as of the status of the case in state court.

SO ORDERED.

Dated:      April 13, 2020
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation