UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DAJAHN MCBEAN,

          Supervisee.

No. 17-cr-216 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

     The Court is in receipt of a letter from the government, dated May 8, 2020, advising the Court that Supervisee has been charged with bank fraud conspiracy, in violation of Title 18, United States Code, Section 1349, and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A and 2, in a case assigned to Judge Failla, *United States v. Dajahn McBean and William Valdez*, 20 Cr. 226 (KPF).  The government's letter also raises the prospect of transferring Supervisee's pending alleged violations of supervised release in the above-captioned matter to Judge Failla.  (Doc. No. 71.)  The parties are advised that the violation of supervised release proceedings will remain assigned to my docket.  The Probation Office is respectfully directed to file an amended specification of violations of supervised release no later than May 20, 2020.  The parties are reminded that the Court has scheduled a status conference in this matter for June 12, 2020 at 10:00 a.m.  If either party wishes to adjourn that conference in light of the new criminal case, they shall do so in writing no later than June 1, 2020.

SO ORDERED.

Dated:    May 14, 2020
             New York, New York

                                                            RICHARD J. SULLIVAN
                                                            UNITED STATES CIRCUIT JUDGE
                                                            Sitting by Designation