UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DAJAHN MCBEAN,<br><br>　　　　　　Supervisee. | No. 17-cr-216 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

　　　　The Court has previously scheduled a status conference in this matter for June 12, 2020 at 10:00 a.m.  In light of the current COVID-19 pandemic, remote proceedings are authorized for certain proceedings with the consent of the defendant.  *See* Standing Order M10-468, 20-mc-176 (CM) (S.D.N.Y. Mar. 30, 2020).  The parties have advised the Court that due to the outbreak, Supervisee in this matter will need to participate in the upcoming status conference remotely.

　　　　Video and teleconferencing, however, is currently available on only a limited basis at Westchester County Jail, where Supervisee is in custody.  Accordingly, even if Supervisee consents to proceed by video or teleconference, the Court must reschedule the conference to make the appropriate arrangements with the facility.  IT IS HEREBY ORDERED THAT the status conference is rescheduled to June 26, 2020 at 11:00 a.m.  The proceeding will take place by Skype for Business videoconference if it is reasonably available and if Supervisee consents.  A separate order will issue in due course with the details for accessing that conference.

　　　　IT IS FURTHER ORDERED THAT no later than 5:00 p.m. on June 24, 2020, the parties must jointly email to the Court a list of persons who anticipate speaking during the videoconference, including counsel, Supervisee, and Supervisee's supervising probation officer.  The email should also provide the telephone numbers from which each of those persons expect to join the call.

IT IS FURTHER ORDERED THAT to determine whether Supervisee consents to proceed via videoconference, or teleconference if videoconference is not reasonably available, Supervisee's counsel shall discuss the attached consent form with Supervisee.  If Supervisee is able to sign the form (either personally or, in accordance with Standing Order M10-468, 20-mc-174 (CM) (S.D.N.Y. Mar. 27, 2020), by Supervisee's counsel), Supervisee's counsel shall provide the Court with the executed form at least 24 hours prior to the scheduled proceeding.  In the event that Supervisee consents, but counsel is unable to obtain or affix Supervisee's signature on the form, the Court will conduct an inquiry on the record at the outset of the proceeding to confirm Supervisee's consent and whether it is appropriate for the Court to add Supervisee's signature to the form.

SO ORDERED.

Dated:  June 9, 2020
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA

                -v-

DAJAHN MCBEAN,
                          Supervisee.
----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**17-CR-216 (RJS)**

**Check Proceeding that Applies**

\_\_\_\_    Arraignment

I have been notified of the specifications of violation of the terms of supervised release that have been filed against me and have discussed the specifications with my attorney.  I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the specifications; to have the specifications read aloud to me if I wish; and to enter a denial or admission of violation before the judge.  By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York to be informed of these specifications and to enter a denial or admission.

Date:    _____
               Signature of Defendant


               _____
               Print Name


\_\_\_    Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:    _____
               Signature of Defendant


               _____
               Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this

waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date: _____
Signature of Defense Counsel


_____
Print Name


**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.


Date: _____
Signature of Defense Counsel


**Accepted:** _____
Signature of Judge
Date: