UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DAJAHN MCBEAN,

Supervisee.

No. 17-cr-216 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

A status conference regarding Supervisee's alleged violations of supervised release is scheduled for Friday, June 26, 2020 at 11:00 a.m.  In light of the ongoing COVID-19 pandemic, which has temporarily restricted access to the Courthouse, members of the public may monitor the proceedings via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:   June 20, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation