UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DAJAHN MCBEAN,<br><br>Supervisee. | No. 17-cr-216 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall file a joint update with the Court no later than July 31, 2020, and every thirty days thereafter, regarding the status of Supervisee's pending case before Judge Failla and Supervisee's sentencing in the state case in Westchester County.

SO ORDERED.

Dated:   June 26, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation