

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

March 1, 2023

```
Counsel's request is GRANTED.  IT IS HEREBY ORDERED THAT
counsel shall update the Court regarding Supervisee's
pending EDNY matter by no later than October 23, 2023.


Dated: March 22, 2023
New York, New York
                                    Hon. Richard J. Sullivan
                                    United States Circuit Judge
                                    Sitting by Designation
```

**Via ECF**
Honorable Richard J. Sullivan
United States Circuit Judge
for the Second Circuit
40 Foley Square
New York, New York 10007

      Re:    *United States of America v. DaJahn McBean*
             **Ind. No.: 17 Cr. 216 (RJS)**

Dear Judge Sullivan:

    Mr. McBean is before Your Honor on charges that he violated his Supervised Release.  Presently, Mr. McBean is serving a 51-month sentence imposed by the Honorable Judge Failla on April 30, 2021. Additionally, Mr. McBean has an open matter in the EDNY (where he is also detained) before the Honorable Judge Chen.  I am told by his attorney that plea negotiations have stalled and the matter is now scheduled for trial on October 23, 2023.  Given Mr. McBean's open matter in the EDNY, I would respectfully request an adjournment of his pending VOSR until after October 23, 2023, for the parties to provide the Court with a further update.  I understand this is a lengthy adjournment, but it is preferable that his EDNY matter is resolved before the instant VOSR.

    I have spoken to AUSA Espinosa and she has no objection to my request.

    Thank you for your continued consideration.

                              Sincerely,

                              SULLIVAN |BRILL, LLP

                              _____
                              By: Steven Brill