

February 26, 2024

**Via ECF**
Honorable Richard J. Sullivan
United States Circuit Judge for the Second Circuit
40 Foley Square
New York, New York 10007

        Re:    United States of America v. DeJahn McBean
                  Ind. No.: 17 Cr. 216 (RJS)

Dear Judge Sullivan:

    Mr. McBean is before Your Honor on charges that he violated his Supervised Release. Your Honor is fully aware of Mr. McBean's open EDNY matter. His counsel there informed me that sentencing is scheduled for May 9, 2024. If it is agreeable to the Court, I respectfully request an adjournment of his pending VOSR until after May 9, 2024, for the parties to provide the Court with a further update.

    I have spoken with the government, and they have no objection to my request. Thank you for your continued consideration.

Sincerely,

SULLIVAN |BRILL, LLP

By: Steven Brill

---

```
Counsel's request is GRANTED.  IT IS HEREBY ORDERED THAT
counsel shall update the Court regarding Supervisee's
sentencing in the Eastern District of New York by no
later than May 13, 2024.


Dated: February 27, 2024
New York, New York
                            Hon. Richard J. Sullivan
                            United States Circuit Judge
                            Sitting by Designation
```