UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DAJAHN MCBEAN,

        Supervisee.

No. 17-cr-216 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court on June 12, 2024, at 2:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at which time is anticipated that Supervisee will admit to the pending violations of supervised release specified in the Probation Office's report dated May 15, 2020.

SO ORDERED.

Dated:    May 21, 2024
           New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation